# Exhibit 2

EVIDENCE OF USE FOR U.S. PATENT NO. US7203844

Title: Method and system for a recursive security protocol for digital copyright control

Application No.: 10/465,274

Filing Date: 2003-06-19

Issue Date: 2007-04-10

**Accused Product/Standard:**

 

ST33TPHF20SPI   ACTIVE

Trusted Platform Module 2.0 with TCG SPI interface

The STSAFE-TPM (trusted platform module) family of products offers a broad portfolio of standardized solutions for embedded, PC, mobile and computing applications. STSAFE is an ST trademark.

It includes turnkey products compliant with the Trusted Computing Group (TCG) standards that provide services to protect the confidentiality, integrity and authenticity of information and devices.

These devices are easy to integrate thanks to the variety of supported interfaces and the availability of TPM ecosystem software solutions.

The STSAFE-TPM devices are all Common Criteria (EAL4+) and FIPS certified.

They embed an Arm® SecurCore SC300™ processor with additional security features to help protect against advanced forms of attack.

The ST33TPHF20SPI offers a slave serial peripheral interface (SPI) compliant with the TCG PC Client TPM Profile specifications.

The ST33TPHF20SPI supports TPM 2.0 commands exclusively, and offers 112 Kbytes of user-dedicated non-volatile memory.

The ST33TPHF20SPI operates in the –25 to +85 °C commercial temperature range with a supply and I/O voltage of 1.8 V, or in the –40 °C to 105 °C extended temperature range with a supply and I/O voltage of 3.3 V.

The device is offered in TSSOP28 and VFQFPN32 ECOPACK2 packages. ECOPACK is an ST trademark.

Source: https://www.st.com/resource/en/data_brief/st33tphf20spi.pdf at page 1 and 2

Evidence of Use

| Claim Language | Evidence of Infringement |
|---|---|
| 1. A method for a recursive security protocol for protecting digital content, comprising: | STMicroelectronics ST33TPHF20SPI supports TPM 2.0 commands exclusively and offers 112 Kbytes of user-dedicated non-volatile memory. Trusted Platform Module (TPM) provides protection to digital content including keys and data objects. TPM provides a recursive security protocol, wherein a bitstream encrypted with a first encryption algorithm and its associated first decryption algorithm are in turn encrypted with a second encryption algorithm to yield a second bitstream, as illustrated in the following pages.<br><br>**ST life.augmented**<br><br>**ST33TPHF20SPI**  ACTIVE<br>**Trusted Platform Module 2.0 with TCG SPI interface**<br><br>The STSAFE-TPM (trusted platform module) family of products offers a broad portfolio of standardized solutions for embedded, PC, mobile and computing applications. STSAFE is an ST trademark.<br>It includes turnkey products compliant with the Trusted Computing Group (TCG) standards that provide services to protect the confidentiality, integrity and authenticity of information and devices.<br>These devices are easy to integrate thanks to the variety of supported interfaces and the availability of TPM ecosystem software solutions.<br>The STSAFE-TPM devices are all Common Criteria (EAL4+) and FIPS certified.<br>They embed an Arm® SecurCore SC300™ processor with additional security features to help protect against advanced forms of attack.<br>The ST33TPHF20SPI offers a slave serial peripheral interface (SPI) compliant with the TCG PC Client TPM Profile specifications.<br>The ST33TPHF20SPI supports TPM 2.0 commands exclusively, and offers 112 Kbytes of user-dedicated non-volatile memory.<br>The ST33TPHF20SPI operates in the –25 to +85 °C commercial temperature range with a supply and I/O voltage of 1.8 V, or in the –40 °C to 105 °C extended temperature range with a supply and I/O voltage of 3.3 V.<br>The device is offered in TSSOP28 and VFQFPN32 ECOPACK2 packages. ECOPACK is an ST trademark.<br><br>Source: https://www.st.com/resource/en/data_brief/st33tphf20spi.pdf at page 1 and 2 |

2

| Claim Language | Evidence of Infringement |
|---|---|
|  | **Trusted Platform Module Library**<br>**Family "2.0"**<br><br>9.5   Basic Trusted Platform Features<br><br>9.5.1   Introduction<br><br>At a minimum, a trusted platform provides the three Roots of Trust described previously. All three roots use certification and attestation to provide evidence of the accuracy of information. A trusted platform will also offer Protected Locations (see 10.3) for the keys and data objects entrusted to it. Finally, a trusted platform may provide integrity measurement to ensure the trustworthiness of a platform by logging changes to platform state; this is done by recording logged entries in PCR for later validation as being correct and unaltered. These basic TPM concepts are now described in detail.<br><br>**10   TPM Protections**<br>**10.1   Introduction**<br>TPM protections are based on the concepts of Protected Capabilities and Protected Objects. A Protected Capability is an operation that must be performed correctly for a TPM to be trusted. A Protected Object is data (including keys) that must be protected for a TPM operation to be trusted. Protected Objects in the TPM reside in Shielded Locations; the TPM may manipulate the contents of Shielded Locations only by using Protected Capabilities. Protected Objects outside Shielded Locations have their integrity and confidentiality protected cryptographically.<br><br>Source: TPM 2.0 Part 1 at page 1, 55 & 61 of 306 |
| encrypting a bitstream with a first encryption algorithm; | TPM uses symmetric encryption algorithm ("a first encryption algorithm") for encrypting the keys and data objects ("a bitstream"). The objects to be protected are kept in a sensitive area of the TPM. The objects are encrypted using a symmetric encryption key i.e., SymKey to produce an encrypted object i.e., encSensitive. |

| Claim Language | Evidence of Infringement |
|---|---|
|  | **22 Protected Storage**<br><br>**22.2 Object Protections**<br><br>The cryptographic protections for a Protected Object include encryption to prevent disclosure of the confidential contents, and an integrity check to allow detection of modifications to the externally stored Protected Object. The integrity check detects modifications to either the confidential or the non-confidential portions of the Protected Object.<br><br>**22.3 Protection Values**<br><br>The protection of a sensitive area uses two keys. These values are created from a secret value associated with an object's Storage Parent. One of the keys is used as an HMAC key and the second is a symmetric encryption key.<br><br>**22.4 Symmetric Encryption**<br><br>A symmetric key is used to encrypt the sensitive area of an object that was created by TPM2_Create() or imported by TPM2_Import(). It is also used when re-encrypting a sensitive area when the authorization value is changed (TPM2_ObjectChangeAuth()). The symmetric key is derived from a seed value contained in the Storage Parent's sensitive area and the Name of the protected object.<br><br>Source: TPM 2.0 Part 1 at page 173 & 174 of 306<br><br><br><br>**22.4 Symmetric Encryption** |

| Claim Language | Evidence of Infringement |
|---|---|
| | When a *symKey* is being used to protect the sensitive area of a child object, the TPM will create a random IV value (*symIv*) that is the size of an encryption block of the symmetric algorithm. This *symIV* is included in the private area and in the HMAC computation of the sensitive area. A *symIV* of zero is used when encrypting the sensitive area for duplication or a credential to be used in TPM2_ActivateCredential(). <br><br> The *symKey* and *symIv* are used to encrypt the sensitive data. <br><br> $$encSensitive := \mathbf{CFB}_{pSymAlg}\,(symKey, symIv, sensitive) \qquad (34)$$ <br> where <br><br>     $\mathbf{CFB}_{pSymAlg}$ — symmetric encryption in CFB mode using the symmetric algorithm of the Storage Parent <br>     *symKey* — symmetric key from (33) <br>     *symIv* — IV from RNG or 0 <br>     *sensitive* — a TPM2B_SENSITIVE containing the sensitive area structure being protected <br><br> Source: TPM 2.0 Part 1 at page 174 of 306 |

| Claim Language | Evidence of Infringement |
|---|---|
| associating a first decryption algorithm with the encrypted bit stream; | In symmetric encryption algorithm, the symmetric encryption key is used for data encryption is also used for decrypting the encrypted data. Further, as seen in the below evidence, the encrypted data object 'encSensitive' comprises the symmetric encryption key 'SymKey' which would be used for decrypting the encrypted data object thus, "associating a first decryption algorithm with the encrypted bit stream". <br><br> 25  Object Attributes <br><br> 25.1.4   *Decrypt* Attribute <br><br> An asymmetric decryption key uses the private asymmetric key in its sensitive area to decrypt data blobs that have been encrypted using the public portion of the key. A symmetric decryption key uses the key in its sensitive area to decrypt data that has been encrypted by that key. <br><br> Source: TPM 2.0 Part 1 at page 194 of 306 <br><br> 11  TPM Architecture <br> 11.4   Cryptography Subsystem <br><br> 11.4.7   Symmetric Encryption <br><br> When a symmetric key is used for data encryption, the encrypted data has an HMAC. This HMAC is checked before the data is decrypted. Verification that the decrypted data is properly associated with the symmetric key is intended to make it more difficult to perform power analysis. To defeat the protections, it would be necessary to defeat two different families of protection rather than one as would exist if the integrity protection were applied to the clear text rather than the cipher text. <br><br> Source: TPM 2.0 Part 1 at page 63, 67 & 71 of 306 |

| Claim Language | Evidence of Infringement |
|---|---|
| | **22.4 Symmetric Encryption**<br><br>When a *symKey* is being used to protect the sensitive area of a child object, the TPM will create a random IV value (*symIv*) that is the size of an encryption block of the symmetric algorithm. This *symIV* is included in the private area and in the HMAC computation of the sensitive area. A *symIV* of zero is used when encrypting the sensitive area for duplication or a credential to be used in TPM2_ActivateCredential().<br><br>The *symKey* and *symIv* are used to encrypt the sensitive data.<br><br>$$encSensitive := \mathbf{CFB}_{pSymAlg}\,(symKey, symIv, sensitive) \qquad (34)$$<br><br>where<br><br>$\mathbf{CFB}_{pSymAlg}$ — symmetric encryption in CFB mode using the symmetric algorithm of the Storage Parent<br>*symKey* — symmetric key from (33)<br>*symIv* — IV from RNG or 0<br>*sensitive* — a TPM2B_SENSITIVE containing the sensitive area structure being protected<br><br>Source: TPM 2.0 Part 1 at page 174 of 306 |
| encrypting both the encrypted bit stream and the first decryption algorithm with a second encryption algorithm to yield a second bit stream; | The keys and data objects stored in sensitive area of the TPM, uses two different protection. Firstly, sensitive data is encrypted using a symmetric key and secondly, the encrypted data is signed using a symmetric signature called Hash Message Authentication Code (HMAC). The encrypted data object 'encSensitive' comprising the symmetric encryption key 'SymKey' ("the encrypted bit stream and the first decryption algorithm") is signed using symmetric HMAC key ("a second encryption algorithm") to generate an 'outerHMAC' ("a second bit stream") thus, "encrypting both the encrypted bit stream and the first decryption algorithm with a second encryption algorithm to yield a second bit stream".<br><br>**11 TPM Architecture**<br>**11.4 Cryptography Subsystem** |

| Claim Language | Evidence of Infringement |
|---|---|
|  | **11.4.4 HMAC Algorithm**<br><br>The TPM implements the Hash Message Authentication Code (HMAC) algorithm described in ISO/IEC 9797-2.<br><br>An HMAC is a form of symmetric signature over some data. It provides assurance that protected data was not modified and that it came from an entity with access to a key value. To have usefulness in protecting data, the key value needs to be a secret or a shared secret.<br><br>**11.4.7 Symmetric Encryption**<br><br>When a symmetric key is used for data encryption, the encrypted data has an HMAC. This HMAC is checked before the data is decrypted. Verification that the decrypted data is properly associated with the symmetric key is intended to make it more difficult to perform power analysis. To defeat the protections, it would be necessary to defeat two different families of protection rather than one as would exist if the integrity protection were applied to the clear text rather than the cipher text.<br><br>Source: TPM 2.0 Part 1 at page 63, 67 & 71 of 306<br><br>**22 Protected Storage**<br>**22.3 Protection Values**<br><br>The protection of a sensitive area uses two keys. These values are created from a secret value associated with an object's Storage Parent. One of the keys is used as an HMAC key and the second is a symmetric encryption key.<br><br>**22.5 Integrity** |

| Claim Language | Evidence of Infringement |
|---|---|
| | An HMAC is performed over the *symIV* and the *encSensitive* produced in (34).<br><br>NOTE 1   This is called an *outerHMAC* because it is the same HMAC process that is used when an object is duplicated. The duplication can produce an inner and an outer HMAC.<br><br>$$outerHMAC := HMAC_{pNameAlg}(HMACkey, symIv \;||\; encSensitive \;||\; name.buffer) \qquad (36)$$<br><br>where<br><br>    $HMAC_{pNameAlg}$      the HMAC function using *nameAlg* of the object's Storage Parent<br><br>    *HMACkey*      a value derived from the Storage Parent's symmetric protection value (*seedValue*) according to equation (35)<br><br>    *symIv*      a marshaled TPM2B_IV containing the symmetric IV value used in (34). Both the size and buffer fields are included in the HMAC<br><br>    *encSensitive*      encrypted TPM2B_SENSITIVE produced in (34); after encryption, the size and buffer fields are not separable<br><br>    *name.buffer*      the Name of the object being protected (does not include a size field)<br><br>The integrity value is placed before the symmetric IV.<br><br>Source: TPM 2.0 Part 1 at page 173-175 of 306 |

| Claim Language | Evidence of Infringement |
|---|---|
| associating a second decryption algorithm with the second bit stream. | Before decrypting the encrypted data, the HMAC of the encrypted data is verified. As seen in the below evidence, the HMAC of the encrypted data i.e., 'outerHAMC' includes the symmetric 'HMAC key' ("a second decryption algorithm") thus, "associating a second decryption algorithm with the second bit stream". <br><br> **26 Object Structure Elements** <br><br> **26.7 Sensitive Area Integrity** <br><br> When an object is not in a Shielded Location, it is susceptible to modification through means other than through a Protected Capability. An HMAC-based integrity scheme allows these modifications to be detected. The integrity HMAC includes the sensitive data and some representation of the public area. Inclusion of the public area preserves the binding between the two elements of the object. <br><br> The HMAC key is generated from the same seed that is used for generating the symmetric encryption key and IV. <u>The HMAC of the protected structure is required to be checked before the sensitive area is decrypted.</u> <br><br> Source: TPM 2.0 Part 1 at page 200, 202 & 203 of 306 <br><br> **22 Protected Storage** <br> **22.3 Protection Values** <br><br> The protection of a sensitive area uses two keys. These values are created from a secret value associated with an object's Storage Parent. One of the keys is used as an HMAC key and the second is a symmetric encryption key. <br><br> **22.5 Integrity** |

| Claim Language | Evidence of Infringement |
|---|---|
|  | An HMAC is performed over the *symIV* and the *encSensitive* produced in (34).<br><br>NOTE 1    This is called an *outerHMAC* because it is the same HMAC process that is used when an object is duplicated. The duplication can produce an inner and an outer HMAC.<br><br>$$outerHMAC := HMAC_{pNameAlg}(HMACkey, symIv \,\|\, encSensitive \,\|\, name.buffer) \quad (36)$$<br><br>where<br><br>$HMAC_{pNameAlg}$ — the HMAC function using *nameAlg* of the object's Storage Parent<br><br>*HMACkey* — a value derived from the Storage Parent's symmetric protection value (*seedValue*) according to equation (35)<br><br>*symIv* — a marshaled TPM2B_IV containing the symmetric IV value used in (34). Both the size and buffer fields are included in the HMAC<br><br>*encSensitive* — encrypted TPM2B_SENSITIVE produced in (34); after encryption, the size and buffer fields are not separable<br><br>*name.buffer* — the Name of the object being protected (does not include a size field)<br><br>The integrity value is placed before the symmetric IV.<br><br>Source: TPM 2.0 Part 1 at page 173-175 of 306 |

11